THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED WILLIAMS, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered July 24, 1958 after a jury trial, convicting him of robbery in the first degree, grand larceny in the first degree, and assault in the second degree, and imposing sentence as a third felony offender. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WILLIAMS, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated September 15, 1959, which denied, without a hearing, his application to vacate a judgment of said court, rendered October 16, 1957 after trial, convicting him of robbery in the first degree, and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD WILLIS, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Dutchess County, dated July 5, 1961, which denied, after a hearing, his application to vacate a judgment of said court rendered December 28, 1937 on his plea of guilty, convicting him of burglary in the third degree and grand larceny in the second degree, and imposing sentence. Order reversed on the law, and proceeding remitted to the County Court, Dutchess County, for a new hearing and determination. It appears that the stenographic minutes of the hearing in the court below have been lost and that it is impossible to obtain a transcript. Hence, no sufficient basis exists for determining whether, under all the circumstances, the denial of defendant's application was proper. Accordingly, another hearing must be accorded to the defendant, and a determination *de novo* should be made on the basis of the evidence adduced upon such hearing. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. WYNN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Queens County, dated December 13, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered December 27, 1957 after a jury trial, convicting him of murder in the first degree, and imposing sentence of death; the sentence, after the affirmance of the judgment (*People* v. *Wynn*, 4 N Y 2d 967), having been commuted, by executive clemency, to life imprisonment. Order affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SADOWY, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, entered October 25, 1961, after a hearing, which dismissed the writ and remanded him to the custody of respondent. Relator is imprisoned by virtue of a final judgment rendered after trial. He now contends that error was committed at the trial by the admission of testimony as to the complainant's prior identification of him. The judgment of conviction was affirmed on appeal (*People* v. *Sadowy*, 1 A D 2d 1036, cert. denied, 352 U. S. 933). Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.